H. RONALD SAWL (State Bar No. 138044)
hrs@hrsawl.com
KENDRA D. WEBER (State Bar No. 267160)
kweber@hrsawl.com
SAWL LAW GROUP
2150 Tulare Street
Fresno, CA 93721
Telephone: (559) 266-9800
Facsimile: (559) 266-3421

Attorneys for Defendants GURVINDER S. BHATTI,
GURNAM SALHAN d.b.a. CALIFORNIA FOOD MART;
WILLARD R. EISNER and BETTYE R. EISNER,
AS TRUSTEES OF THE EISNER FAMILY TRUST OF 1982

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>       Plaintiff,<br><br>    vs.<br><br>GURVINDER S. BHATTI, GURNAM SALHAN dba CALIFORNIA FOOD MART; WILLARD R. EISNER and BETTYE R. EISNER, AS TRUSTEES OF THE EISNER FAMILY TRUST OF 1982,<br><br>       Defendants. | Case No.: 1:10-CV-02101-OWW-MJS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The parties have submitted their Stipulation to Extend Time to Respond to Complaint. This Court has reviewed the parties' Stipulation and finds good cause for granting the requested order.

IT IS HEREBY ORDERED that each Defendant shall file its response to Plaintiff's Complaint no later than January 14, 2011.

IT IS SO ORDERED.

Dated: __**January 7, 2011**__        _____**/s/ Oliver W. Wanger**_____
                                                    UNITED STATES DISTRICT JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28