**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIVIDAD GUTIERREZ, ) | 1:10-cv-2101 OWW MJS |
| ) | |
| Plaintiff, ) | ORDER AFTER SCHEDULING |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| GURVINDER S. BHATTI, GURNAM ) | |
| SALHAN dba CALIFORNIA FOOD MART; ) | |
| WILLARD EISNER and BETTYE R. ) | |
| EISNER, AS TRUSTEES OF THE ) | |
| EISNER FAMILY TRUST OF 1982, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

**I.   Date of Scheduling Conference.**

May 5, 2011.

**II.  Appearances Of Counsel.**

Tanye E. Moore, Esq., appeared on behalf of Plaintiff.

Dowling, Aaron & Keeler, Inc., by Keith M. White, Esq., appeared on behalf of Defendants.

**III. Status of Case.**

1.   The parties report they have reached a settlement in this case.  They further advise that the documentation of the settlement should be complete within 15 days.

2.   The parties shall submit a dismissal of the case on or

1

1  **before May 20, 2011.**

3  IT IS SO ORDERED.

4  **Dated:   May 6, 2011**                                         **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE