1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone: (408) 298-2000
4  Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiffs,<br><br>  vs.<br><br>GURVINDER S. BHATTI, et al.,<br><br>    Defendants. | No: 1:10-CV-02101-OWW-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Gurvinder S. Bhatti, Gurnham Salhan dba California Food Mart, Willard Eisner and Bettye R. Eisner as Trustees of the Eisner Family Trust of 1982 ("Defendants"), the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

*Natividad Gutierrez v. Gurvinder S. Bhatti, et al.*
Stipulation for Dismissal; Order

Page 1

| | |
|---|---|
| Date: May 20, 2011 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Natividad Gutierrez |
| Date: May 20, 2011 | DOWLING, AARON & KEELER, INC. |
| | /s/ Keith M. White |
| | Keith M. White, Attorneys for Defendants Gurvinder S. Bhatti, Gurnam Salhan dba California Food Mart, Willard Eisner and Bettye R. Eisner as Trustees of the Eisner Family Trust of 1982 |

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1.   Plaintiff Natividad Gutierrez and Defendants Gurvinder S. Bhatti, Gurnham Salhan dba California Food Mart, Willard Eisner and Bettye R. Eisner as Trustees of the Eisner Family Trust of 1982, shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2.   By consent of Plaintiff Natividad Gutierrez and Defendants Gurvinder S. Bhatti, Gurnham Salhan dba California Food Mart, Willard Eisner and Bettye R. Eisner as Trustees of the Eisner Family Trust of 1982, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3.   Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice.

IT IS SO ORDERED.

   Dated:   **May 20, 2011**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

*Natividad Gutierrez v. Gurvinder S. Bhatti, et al.*
Stipulation for Dismissal;  Order